## COMMISSIONER OF INTERNAL REVENUE v. Hugh R. DAVIES.

### No. 9867.

Circuit Court of Appeals, Ninth Circuit.

July 21, 1941.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for petitioner.

Arthur McGregor, of Los Angeles, Cal., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On motion of petitioner that the decision of the Board of Tax Appeals herein be reversed on the authority of the decisions of the Supreme Court of the United States in Helvering, Com'r v. Hammel, 311 U.S. 504, 61 S.Ct. 368, 85 L.Ed. 303, 131 A.L.R. 1481, and Electro-Chemical Engraving Co. v. Com'r, 311 U.S. 513, 61 S.Ct. 372, 85 L.Ed. 308, and counsel for respondent concurring therein, and good cause therefor appearing, ordered motion granted, that a judgment be filed and entered accordingly, and that the mandate of this court issue forthwith.

## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Henry G. FENTON, Respondent.

### No. 9787.

Circuit Court of Appeals, Ninth Circuit.

July 28, 1941.

Samuel O. Clark, Jr., Asst. Atty. Gen., for petitioner.

Charles C. Crouch, of San Diego, Cal., for respondent.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of motion of petitioner, and good cause therefor appearing, it is ordered that the petition to review

herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issue forthwith.

## COMMISSIONER OF INTERNAL REVENUE v. Walter F. FREAR.

## COMMISSIONER OF INTERNAL REVENUE v. Mary D. FREAR.

### Nos. 9814, 9815.

Circuit Court of Appeals, Ninth Circuit.

July 21, 1941.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for petitioner.

E. R. Cameron, of Honolulu, T. H., for respondent.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On motion of petitioner that the decisions of the Board of Tax Appeals herein be affirmed upon the authority of the decision of the Supreme Court of the United States in Helvering v. Hutchings, 312 U.S. 393, 61 S.Ct. 653, 85 L.Ed. ——, and good cause therefor appearing, ordered motion granted, that judgments be filed and entered accordingly, and that the mandates of this court in these causes issue forthwith.